In the Matter of EDWIN F. RADEL, Petitioner, v. JOSEPH EPSTEIN et al., Constituting the Board of Elections of the County of Ulster, et al.,

Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ., concur. In the Matter of JOAN PARKER, Petitioner.—

Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ., concur.